IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 10-cv-07246

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____James K. Schultz_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| IL | 11/06/1998 | 6243838 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| NV | 12/28/2006 | 10219 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| USDC IL | 11/06/1998 | 6243838 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for   NCO Financial Systems

_____
(Applicant's Signature)

5/18/11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Sessions Fishman Nathan & Israel, LLC

55 West Monroe Street, Suite 1120, Chicago, IL 60603

(312) 578-0993

Sworn and subscribed before me this

18 Day of May, 200  2011

_____
Notary Public

```
OFFICIAL SEAL
TINA HILL
Notary Public - State of Illinois
My Commission Expires Nov 9, 2013
```

10/04