# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE LYONS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>　　　　Defendant | )<br>)<br>)<br>)<br>) **Case No.: 2:10-cv-7246-JD**<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

　　Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders　　　　　　　　　　　　/S/ Craig Thor Kimmel
Ross S. Enders, Esquire　　　　　　　　　Craig Thor Kimmel, Esquire
Attorney ID: 89840　　　　　　　　　　　Attorney ID: 57100
Attorney for Defendant,　　　　　　　　　Attorney for the Plaintiff

Date: August 15, 2011　　　　　　　　　　Date: August 15, 2011

BY THE COURT:

_____
　　　　　　　　　　　　　　　　J.