UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE LYONS,
    Plaintiff,

v().

NCO FINANCIAL SYSTEMS, INC.,
    Defendant

Case No.: 2:10-cv-7246-JD

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID: 89840
Attorney for Defendant,

Date: August 15, 2011

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: August 15, 2011

BY THE COURT:

_____
Jan E. DuBois           J.
8/22/11